```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

JEROD MURPHY, an individual,

    Plaintiff,

v.                              Case No: 2:23-cv-126-JES-NPM

KEVIN KARNES, as Lee County
Clerk of Court,

    Defendant.

---

## ORDER

This matter comes before the Court on the Mediator's Report (Doc. #32), filed on March 13, 2024. The Mediator indicates that the matter has been completely resolved and that all parties were present for the mediation.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of March 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record